UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO.: 6:14-bk-1569

DANIEL W LEWIS, SR.,
ROSE LG LEWIS,

    Debtors.
_____/

__XX__ Chapter 13 Plan                    _____ Amended Chapter 13 Plan

    **COME NOW**, the Debtors, Daniel W Lewis, Sr. and Rose LG Lewis, and file this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

Payment Number by months            Amount of Monthly Plan payment

1- 60 (March, 2014 – February, 2019)        $2,255.00

    The Debtors shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtors' name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| A. Clifton Black | $1,200.00 | $50.00 | 1-24 |
| Monitoring | $1,250.00 | $50.00 | 45-60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

1

| | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| IRS (2012) | $943.31 | $25.00 | 1-37 |
| | | $18.31 | 38 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Carrington – Mtg. | $248,404.00 | $1,720.51 | 1-60 (modify) |
| Drive Time – Uplander | $12,264.00 | $232.08 @5.25% | 1-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

None

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

None

**Property to Be Surrendered**:

| Creditor Name: | Property Address: |
|---|---|

None

**Valuation of Security**:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

(motion to value must be filed consistent with plan treatment)

None

**Executory Contracts:**

The following Executory Contracts are assumed

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

None

**The following Executory Contracts are rejected:**

**Name of Creditor:**                               **Description of Collateral:**

None

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 4%

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor.

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached and Laurie Weatherford, Chapter 13 Trustee, this 25th day of February, 2014.

_____
Daniel W Lewis, Sr.

_____
Rose LG Lewis

/s/ A Clifton Black
A. Clifton Black, Esq.
cblack@cliftonblack.com
Fla. Bar No. 145837
126 East Jefferson Street
Orlando, FL 32801
Tel: 407.932.1115
Fax: 407.843.4311
Attorney for Debtors

| filing date | | 2/13/2014 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st pmt date | | 3/15/2014 | | | 10.0% | Atty | Atty | Carrington | Drive Time | IRS | |
| | | Unsecured | | Debtor Pmt | Tee Fee | Fees | Monitering | Mtg | Uplander | 2012 Taxes | |
| plan term | 60 | | | | | | | | | | |
| 3/15/2014 | 1 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 4/15/2014 | 2 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 5/15/2014 | 3 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 6/15/2014 | 4 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 7/15/2014 | 5 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 8/15/2014 | 6 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 9/15/2014 | 7 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 10/15/2014 | 8 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 11/15/2014 | 9 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 12/15/2014 | 10 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 1/15/2015 | 11 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 2/15/2015 | 12 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 3/15/2015 | 13 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 4/15/2015 | 14 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 5/15/2015 | 15 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 6/15/2015 | 16 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 7/15/2015 | 17 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 8/15/2015 | 18 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 9/15/2015 | 19 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 10/15/2015 | 20 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 11/15/2015 | 21 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 12/15/2015 | 22 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 1/15/2016 | 23 | $1.91 | | $2,255.00 | $225.50 | $50.00 | | $1,720.51 | $232.08 | $25.00 | |
| 2/15/2016 | 24 | $1.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | $25.00 | |
| 3/15/2016 | 25 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 4/15/2016 | 26 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 5/15/2016 | 27 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 6/15/2016 | 28 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 7/15/2016 | 29 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 8/15/2016 | 30 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 9/15/2016 | 31 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 10/15/2016 | 32 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 11/15/2016 | 33 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 12/15/2016 | 34 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 1/15/2017 | 35 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 2/15/2017 | 36 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 3/15/2017 | 37 | $51.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $25.00 | |
| 4/15/2017 | 38 | $58.60 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | $18.31 | |
| 5/15/2017 | 39 | $76.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | | |
| 6/15/2017 | 40 | $76.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | | |
| 7/15/2017 | 41 | $76.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | | |
| 8/15/2017 | 42 | $76.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | | |
| 9/15/2017 | 43 | $76.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | | |
| 10/15/2017 | 44 | $76.91 | | $2,255.00 | $225.50 | | | $1,720.51 | $232.08 | | |
| 11/15/2017 | 45 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 12/15/2017 | 46 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 1/15/2018 | 47 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 2/15/2018 | 48 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 3/15/2018 | 49 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 4/15/2018 | 50 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 5/15/2018 | 51 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 6/15/2018 | 52 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 7/15/2018 | 53 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 8/15/2018 | 54 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 9/15/2018 | 55 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 10/15/2018 | 56 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 11/15/2018 | 57 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 12/15/2018 | 58 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 1/15/2019 | 59 | $26.91 | | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| 2/15/2019 | 60 | $26.91 | 60 at | $2,255.00 | $225.50 | | $50.00 | $1,720.51 | $232.08 | | |
| | | | | | | | | | | | |
| receiving | | $1,671.29 | | $135,300.00 | $13,530.00 | $1,200.00 | $800.00 | $103,230.60 | $13,924.80 | $943.31 | |
| total unsec. | | $40,069.00 | | | | | | | | | |
| | | 4% | | | | | | | | | |

```
Label Matrix for local noticing          United States Trustee - ORL7/13 7        (p)BANK OF AMERICA
113A-6                                   Office of the United States Trustee      PO BOX 982238
Case 6:14-bk-01569-ABB                   George C Young Federal Building          EL PASO TX 79998-2238
Middle District of Florida               400 West Washington Street, Suite 1100
Orlando                                  Orlando, FL 32801-2217
Tue Feb 25 11:48:52 EST 2014

Barclays Bank Delaware                   (p)CAPITAL ONE                           Capio Partners Llc
125 S West St                            PO BOX 30285                             2222 Texoma Pkwy Ste 150
Wilmington, DE 19801-5014                SALT LAKE CITY UT 84130-0285             Sherman, TX 75090-2481


Carrington Mortgage Se                   Chase                                    Comenity Bank/Lnbryant
1610 E Saint Andrew Pl                   Po Box 15298                             4590 E Broad St
Santa Ana, CA 92705-4931                 Wilmington, DE 19850-5298                Columbus, OH 43213-1301


Comnwlth Fin                             Dt Credit                                Florida Department of Revenue
960 N Main Ave                           4020 E Indian School Rd                  Bankruptcy Unit
Scranton, PA 18508-2126                  Phoenix, AZ 85018-5220                   Post Office Box 6668
                                                                                  Tallahassee FL 32314-6668


Gecrb/Walmart                            Hsbc Bank                                Hsbc Bank
Po Box 965024                            Po Box 30253                             Po Box 5253
Orlando, FL 32896-5024                   Salt Lake City, UT 84130-0253            Carol Stream, IL 60197-5253


IRS                                      Internal Revenue Service                 Lvnv Funding Llc
P.O. Box 7346                            Post Office Box 7346                     Po Box 10497
Philadelphia, PA 19101-7346              Philadelphia PA 19101-7346               Greenville, SC 29603-0497


Majorie Decastro-Hirsch, Esq             Navy Federal Cr Union                    Osceola County Tax Collector
2645 Executive Park Drive                Po Box 3700                              Attn: Patsy Heffner
Weston, FL 33331-3624                    Merrifield, VA 22119-3700                Post Office Box 422105
                                                                                  Kissimmee FL 34742-2105


Portfolio Recvry&Affil                   A Clifton Black                          Daniel W Lewis Sr.
120 Corporate Blvd Ste 1                 126 East Jefferson Street                4165 Fanny Bass Road
Norfolk, VA 23502-4962                   Orlando, FL 32801-1830                   Saint Cloud, FL 34772-9136


Laurie K Weatherford                     Rose L G Lewis
Post Office Box 3450                     4165 Fanny Bass Road
Winter Park, FL 32790-3450               Saint Cloud, FL 34772-9136
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982235
El Paso, TX 79998

Cap One
Po Box 85520
Richmond, VA 23285

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25